GEORGE FLYNN, Respondent, v. NATIONAL TRANSPORTATION Co., INC., Appellant, Impleaded with Another.— Order unanimously reversed, with costs, and the verdict reinstated. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Cohn, JJ.

LOUIS STERN, Respondent, v. BENJAMIN RINDEMAN and SAMUEL SALINGER, Individually and as Copartners Doing Business as RINDEMAN-SALINGER Co., Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Cohn, JJ.

In the Matter of the Application of CHARLES E. HOOD, Petitioner, for an Order of Certiorari against LEWIS J. VALENTINE, as Police Commissioner of the Police Department of the City of New York, Respondent.— Order of certiorari unanimously dismissed, and determination of the respondent confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Cohn, JJ.

In the Matter of EDWARD HEYMAN, an Attorney.— Reference ordered. Present — Martin, P. J., McAvoy, O'Malley, Townley and Cohn, JJ.

In the Matter of SIDNEY Q. COHEN, an Attorney.— Reference ordered. Present — Martin, P. J., McAvoy, O'Malley, Townley and Cohn, JJ.

### (February 23, 1937.)

In the Matter of the Application of MAX G. NEUHAUSER, Respondent, for a Peremptory Order of Mandamus against FIORELLO H. LAGUARDIA and Others, Appellants.— Appeal transferred to the Third Department for hearing and determination. Order filed.